United States District Court
Northern District of California

1

2

3

4                    UNITED STATES DISTRICT COURT

5                    NORTHERN DISTRICT OF CALIFORNIA

6

7     DAVID TULCHINSKY,                         Case No.  23-cv-05369-SVK

8                      Plaintiff,

                                                **REFERRAL FOR PURPOSE OF
9            v.                                 DETERMINING RELATIONSHIP**

10    23ANDME, INC.,

11                     Defendant.

12          Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the

13    Honorable Edward M. Chen for consideration of whether the case is related to 23-cv-5147-EMC

14    *Santana v. 23andMe*.

15          **SO ORDERED.**

16    Dated: November 20, 2023

17    _____

18    SUSAN VAN KEULEN
      United States Magistrate Judge

19

20

21

22

23

24

25

26

27

28